**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DR. BRETT GIDNEY and KERRY GIDNEY, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CUSTOM COMMERCIAL DRY CLEANERS, LLC d/b/a FRSTEAM BY CUSTOM COMMERCIAL; and COHN, ROBERTS, AND ASSOCIATES, LLC,**<br><br>**Defendants.** | **Case No.:** 2:23-cv-06950-HDV-JC<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT AS TO DEFENDANT CUSTOM COMMERCIAL DRY CLEANERS, LLC D/B/A FRSTEAM BY CUSTOM COMMERCIAL** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiffs Dr. Brett Gidney ("Dr. Gidney") and Kerry Gidney ("Ms. Gidney") (the "Plaintiffs") and defendant Custom Commercial Dry Cleaners, LLC d/b/a FRSTeam by Custom Commercial ("Custom Commercial") (together the "Parties") has been resolved on an individual basis with a settlement in principle as to Custom Commercial only. The Parties anticipate filing a Joint Stipulation to Dismiss Custom Commercial with prejudice within sixty (60) days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements with respect to Custom Commercial, and set a deadline on or after **April 15, 2024**, for the Parties to dismiss Plaintiffs' claims against Custom Commercial.

To dispel any ambiguity, Plaintiffs' claims against defendant Cohn, Roberts, and Associates, LLC remain active.

Dated: February 14, 2024                    Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By: */s/ Pamela E. Prescott, Esq.*
                                            Abbas Kazerounian, Esq.
                                            Pamela E. Prescott, Esq.
                                            ATTORNEYS FOR PLAINTIFFS

---

**NOTICE OF INDIVIDUAL SETTLEMENT AS TO DEFENDANT CUSTOM COMMERCIAL DRY CLEANERS, LLC D/B/A FRSTEAM BY CUSTOM COMMERCIAL**