**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DR. BRETT GIDNEY and KERRY GIDNEY, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CUSTOM COMMERCIAL DRY CLEANERS, LLC d/b/a FRSTEAM BY CUSTOM COMMERCIAL; and COHN, ROBERTS, AND ASSOCIATES, LLC,**<br><br>**Defendants.** | **Case No.:** 2:23-cv-06950-HDV-JC<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT AS TO DEFENDANT COHN, ROBERTS, AND ASSOCIATES, LLC** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiffs Dr. Brett Gidney ("Dr. Gidney") and Kerry Gidney ("Ms. Gidney") (the "Plaintiffs") and defendant Cohn, Roberts, and Associates, LLC ("CRA") (together the "Parties") has been resolved on an individual basis with a settlement in principle as to CRA. The Parties anticipate filing a Joint Stipulation to Dismiss CRA with prejudice within sixty (60) days.

Plaintiffs respectfully request that the Court vacate all pending dates, hearings, and filing requirements with respect to Custom Commercial, and set a deadline on or after **April 26, 2024**, for the Parties to dismiss Plaintiffs' claims against CRA.

Dated: February 26, 2024                                      Respectfully submitted,

                                                              **KAZEROUNI LAW GROUP, APC**

                                       By: */s/ Pamela E. Prescott, Esq.*
                                                            Abbas Kazerounian, Esq.
                                                            Pamela E. Prescott, Esq.
                                                            ATTORNEYS FOR PLAINTIFFS